# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOHNNY LEE BROADNAX, SR**  **PLAINTIFF**
*#283987*

v.   CASE NO.  3:21-CV-00203-BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on October 13, 2021, this case is dismissed without prejudice.

IT IS SO ORDERED, this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE